```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRIME INTERNATIONAL TRADING, Ltd.,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 8/26/2013

                             **Plaintiff,**          13-CV-03473 (ALC)(SN)

       -against-                                 **ORDER**

**BP PLC, et al.,**

                             **Defendants.**
------------------------------------------------------------------X
**Gregory Smith,**

                             **Plaintiff,**          13-CV-03944 (ALC)(SN)

       -against-

**BP PLC, et al.,**

                             **Defendants.**
------------------------------------------------------------------X
**Patricia BENVENUTO,**

                             **Plaintiff,**          13-CV-04142 (ALC)(SN)

      -against-

**STATOIL ASA, et al.,**

                             **Defendants.**
------------------------------------------------------------------X
**Michael SEVY,**

                             **Plaintiff,**          13-CV-03587 (ALC)(SN)

       -against-

**BP PLC, et al.,**

                             **Defendants.**
------------------------------------------------------------------X

------------------------------------------------------------------X
**WHITE OAKS FUND LP,**

                           **Plaintiff,**                                  **13-CV-04553 (ALC)(SN)**

              -against-

**BP PLC, et al.,**

                           **Defendants.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Honorable Andrew L. Carter, Jr. referred these related cases to my docket for general pretrial supervision. The parties in these cases each have filed stipulations agreeing that defendants do not need to answer, or otherwise respond to, plaintiffs' complaints until after the Judicial Panel on Multidistrict Litigation ("JPML") rules on whether to consolidate these cases. Accordingly, once the JPML's decision has been made, the parties to <u>Prime International Trading, Ltd. v. BP PLC</u>, 13-cv-03473 (ALC)(SN), should submit a joint letter to Chambers, pursuant to my Individual Rules, outlining the status of the litigation. The related cases need not submit status letters at that time, unless they believe such letters would prove useful to the Court.

**SO ORDERED.**

                                                                     _____
                                                                     SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      New York, New York
                    August 26, 2013